**ABV** Allegaert Berger & Vogel LLP

ATTORNEYS

Richard L. Crisona
Direct: 212.616.7052
rcrisona@abv.com

111 Broadway, 20th Floor
New York, New York 10006
212.571.0550
212.571.0555 Fax

1199 Route 22 East
Mountainside, New Jersey 07092
908.228.8500
908.228.8515 Fax

15 North Main Street, Suite 100
West Hartford, Connecticut 06107
860.785.3133
860.650.1901 Fax

August 26, 2021

www.ABV.com

**BY ECF**

Hon. Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Orbit Licensing LLC v. EidosMedia, Inc., Case No. 21-cv-5691 (PAE) (S.D.N.Y.)

Dear Judge Engelmayer:

This firm represents defendant Eidosmedia, Inc. ("Eidsomedia") in the above-referenced action. Eidosmedia has agreed to waive service of the summons and complaint, with full reservation of all defenses or objections to the lawsuit, the Court's jurisdiction, and the venue of the action. We write to respectfully request an extension of time for Eidosmedia to respond to the complaint in this action until October 1, 2021. This extension is requested to afford us time to understand and investigate the allegations in the complaint.

This is the first request for an extension of Eidosmedia's time to respond to the complaint. Plaintiff has consented to this request.

The parties appreciate the Court's attention to this matter.

Respectfully submitted,

*/s/ Richard L. Crisona*

Richard L. Crisona

cc: Nicholas Loaknauth, Esq. (*via* ECF)
David W. deBruin, Esq. (*via* Email)

Granted. SO ORDERED.

*/s/ Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge
8/27/2021