**ABV** Allegaert Berger & Vogel LLP

Richard L. Crisona
Direct: 212.616.7052
rcrisona@abv.com

ATTORNEYS

111 Broadway, 20th Floor
New York, New York 10006
212.571.0550
212.571.0555 Fax

1199 Route 22 East
Mountainside, New Jersey 07092
908.228.8500
908.228.8515 Fax

15 North Main Street, Suite 100
West Hartford, Connecticut 06107
860.785.3133
860.650.1901 Fax

www.ABV.com

October 15, 2021

**BY ECF**

Hon. Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Orbit Licensing LLC v. EidosMedia, Inc., Case No. 21-cv-5691 (PAE) (S.D.N.Y.)

Dear Judge Engelmayer:

This firm represents defendant Eidosmedia, Inc. ("Eidsomedia") in the above-referenced action. We write to respectfully request an adjournment of the initial pretrial conference scheduled for October 22, 2021 at 9:30 a.m. for two weeks, which will move the conference to any date the Court is available after November 4, 2021. This extension is requested to afford us time for discussions with plaintiff about potential dismissal of this matter.

This is the first request for an adjournment of the initial pretrial conference. Plaintiff has consented to this request.

The parties appreciate the Court's attention to this matter.

Respectfully submitted,

Richard L. Crisona

cc:   Nicholas Loaknauth, Esq. (*via* ECF)
      David W. deBruin, Esq. (*via* Email)

Granted. The initial pretrial conference previously scheduled for October 22, 2021, is adjourned until November 10, 2021, at 11 a.m. The due date for the associated submissions described in the scheduling order, Dkt. 13, is November 5, 2021. SO ORDERED.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge
10/18/21